| Date | Pleading Number | |
|---|---|---|
| 11/8/71 | 1. | MOTION FOR CONSOLIDATION by defendants and counterclaimants Marvin W. Meyer, Homemakers Services SF., Inc., Homemakers Redwood City, Inc., Homemakers Services Florida, Inc. and Hoemmakers Miami, Inc. of S.D. Fla. action to the N.D. California; w/brief, certificate of service & affidavits. Also request for expedited hearing. |
| 11/9/71 | | HEARING ORDER - setting A-1 and A-2 for hearing, Phoenix, Arix. December 8, 1971 |
| 11/26/71 | 2 | PLAINTIFFS and COUNTER DEFENDANTS (Homemakers, Inc; Homemakers Intl. Inc; The Upjohn Co.; Edward Wilsmann) Breif, Response, w/certificate of service and exhibits to the motion for consolidation. |
| 2/11/72 | | OPINION AND ORDER - DENYING consolidation - Sent to counsel, involved judges, Panel judges, publishers, etc. |

OPINION AND ORDER (Feb. 11, 1972) 337 F. SUPP. 1342

DOCKET NO. 91

## DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### Description of Litigation

IN RE HOMEMAKERS FRANCHISE LITIGATION

*Denied*

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | Homemakers, Inc. v. Homemakers Services of SF Inc., et al. | N.D. Calif. C-70-1176-AJZ | | | |
| A-2 | Homemakers, Inc. v. Homemakers Services Fla., Inc., et al. | S.D. Fla. 70-791-Civ-CF | | | |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

IN RE HOMEMAKERS FRANCHISE LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| | MARVIN W. MEYER<br>HOMEMAKERS SERVICES SF, INC.<br>HOMEMAKERS REDWOOD CITY, INC.<br>HOMEMAKERS SERVICES FLORIDA, INC.<br>HOMEMAKERS MIAMI, INC.   415-986-1310<br>   Girvan Peck, Esquire<br>   ~~Marc R. Fairman, Esquire~~<br>   Morrison, Foerster, Holloway,<br>     Clinton & Clark<br>   2700 Crocker Plaza<br>   San Francisco, Calif. 94104<br><br>   Albert W. Thomson, Esquire<br>   John R. Cleary, Esquire<br>   Linde, Thomson, Van Dyke,<br>     Fairchild & Langworthy<br>   Floor 3<br>   Columbia Union Bank Building<br>   Kansas City, Missouri 64106<br><br>   Karl V. Hart, Esquire<br>   Antonio Martinez, Jr., Esquire<br>   Shutts & Bowen<br>   Tenth Floor<br>   First National Bank Buidling<br>   Miami, Florida 33131<br><br>HOMEMAKERS INTERNATIONAL, INC.<br>HOMEMAKERS, INC.<br>EDWARD J. WILSMANN<br>THE UPJOHN COMPANY  Richard E. Alexander, Esq.<br>   Alexander and Speckman  app.<br>   33 N. Dearborn Street  11/15/71<br>   Chicago, Illinois 60602<br><br>   Cooley, Crowley, Gaither, Godward,<br>     Castro & Huddleson<br>   Alcoa Building<br>   1 Maritime Plaza<br>   San Francisco, California 94111<br><br>   Heiman and Crary<br>   1150 S. W. First Street<br>   Miami, Florida 33130 | |

p. 1

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 91 -- HOMEMAKERS FRANCHISE LITIGATION

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Homemakers Services SF Inc. (def. & counter-claimant) | A-1 |
| Homemakers Redwood City, Inc. (def. & counter-claimant) | A-1 |
| Marvin W. Meyer (def. & counter-claimant) | A-1; A-2 |
| Homemakers, Inc. (pltf & Counter def.) | A-1; A-2 |
| Homemakers International, Inc. (counterclaim def) | A-1; A-2 |
| The Upjohn Co. (counterclaim def) | A-1; A-2 |
| Edward J. Wilsmann (counterclaim def.) | A-1; A-2 |
| Homemakers Services FLA., Inc. (Def & counterclaimants) | A-2 |
| Homemakers Miami, Inc. (def & counter-claimant) | A-2 |
|  |  |